PETERS, APPELLANT, *v.* HAAS ET AL., APPELLEES.

[Cite as Peters *v.* Haas (1988), 38 Ohio St. 3d 61.]

(No. 87-1701—Submitted June 8, 1988—Decided July 20, 1988.)

*Scott H. Ray, Jr.,* for appellant.
*Freund, Freeze & Arnold, Stephen V. Freeze* and *Brian McNair,* for appellees.

This cause is reversed and remanded on authority of *Frysinger* v. *Leech* (1987), 32 Ohio St. 3d 38, 512 N.E. 2d 337.

MOYER, C.J., CACIOPPO, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

MARY CACIOPPO, J., of the Ninth Appellate District, sitting for SWEENEY, J.